# IN THE DISTRICT COURT OF THE UNITED STATES
## For the Western District of New York

---

OCTOBER 2010 GRAND JURY
(Impaneled 10/22/2010)

**THE UNITED STATES OF AMERICA**

*-vs-*

**INDICTMENT**

**WILLIAM HERBERT SCHLIEBENER, JR.** Violations:

Title 18, United States Code,
Sections 2423(a) & 2422(b)

(2 Counts)

## COUNT 1
### (Transportation of a Minor)

**The Grand Jury Charges:**

That between on or about October 1, 2010, and on or about October 2, 2010, in the Western District of New York, and elsewhere, the defendant, WILLIAM HERBERT SCHLIEBENER, JR., did knowingly transport an individual who had not attained the age of 18 years, that is Minor #1, a person known to the Grand Jury, in interstate commerce from Canandaigua, New York, to the State of North Carolina with intent that such individual engage in

sexual activity for which any person can be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2423(a).**

## Count 2
**(Enticement of a Minor)**

**The Grand Jury Further Charges:**

That between in or about September 2010 and in or about October 2010, the exact dates being unknown, in the Western District of New York, and elsewhere, the defendant, WILLIAM HERBERT SCHLIEBENER, JR., did, by causing electronic communications to be sent via the internet and a cellular telephone to Minor #1, a person known to the Grand Jury, use a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce, and to knowingly attempt to persuade, induce, entice and coerce, an individual who has not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2422(b).**

DATED:     Rochester, New York
           March 10, 2011.


                                WILLIAM J. HOCHUL, JR.
                                United States Attorney


                         By:    s/Tiffany H. Lee
                                TIFFANY H. LEE
                                Assistant U.S. Attorney
                                United States Attorney's Office
                                Western District of New York
                                100 State Street
                                Rochester, New York 14614
                                (585) 263-6760, ext. 2251
                                Tiffany.Lee@usdoj.gov


A TRUE BILL:

s/Foreperson
Foreperson